**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**NO. 3:26-MC-20**

**JARROD D. MUMFORD**

# ORDER

On July 28, 2026, based on the joint *ore tenus* motion of the Mississippi Bar and Jarrod D. Mumford, a complaint tribunal of the Mississippi Supreme Court issued an Agreed Opinion and Judgment ("Judgment") suspending Mumford from the practice of law in the state of Mississippi for two years, effective August 30, 2026, for violations of Mississippi Rules of Professional Conduct 1.1, 1.15(a), 1.15(b), 3.4(c), 8.4(a), and 8.4(d). A certified copy of the Judgment was filed in the United States District Court for the Northern District of Mississippi. Doc. #1.

On August 10, 2026, this Court ordered Mumford to show cause why he should not be disciplined under Rule 83.1(c)(2) of the Local Uniform Civil Rules of the United States District Courts for the Northern District of Mississippi and the Southern District of Mississippi.[1] Doc. #2. Mumford did not respond to the show cause order within the time allowed or at any subsequent point.[2]

Because Mumford is a member of the bar of the United States District Court for the Northern District of Mississippi who the Mississippi Supreme Court suspended from the practice of law in Mississippi for two years, this Court concludes that reciprocal discipline is appropriate.

[1] Rule 83.1(c)(2) provides that a member of the bar of the United States District Court who has been suspended or disbarred from practice by a court of record shall be accorded thirty days within which to show cause why he or she should not be suspended or disbarred by this Court. It further provides that, following a response to the order to show cause "and after hearing, if one is requested, or upon expiration of the period allowed for response, if no response is made, the court may enter an appropriate order in which it may impose discipline, including, but not limited to, the same discipline administered by the other jurisdiction." L.U. Civ. R. 83.1(c)(2).

[2] A certified copy of the show cause order was mailed to Mumford at his address on file with the Court and the Mississippi Bar. Such mail was not returned.

Mumford is **SUSPENDED** from practicing law in the Northern District of Mississippi for two years, effective August 30, 2026. Such suspension shall not be lifted unless and until Mumford establishes that he has been restored as an attorney in good standing with the Mississippi Bar and the Mississippi Supreme Court. The Clerk of the Court is directed to send a certified copy of this order to Mumford at his address of record, to the Executive Director of the Mississippi Bar, to the United States Attorney for the Northern District of Mississippi, and to the United States Court of Appeals for the Fifth Circuit.

**SO ORDERED**, this 16th day of September, 2026.

**DEBRA M. BROWN, CHIEF JUDGE**